AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:18cv31

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Midwest Recovery Systems LLC % CSC,**
was received by me on *(date)* **1-9-18** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Deanna Kessler - Sec.** , who is
designated by law to accept service of process on behalf of *(name of organization)* **CSC Lawyers R/A**
**50 W. Broad St #1330 Col., Oh.** on *(date)* **1-10-18 2:33pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1-10-18**

**Rev. Tony Hodge**
*Server's signature*

**TONY HODGE Sp. Agent**
*Printed name and title*

**1695 Franklin ave Col. Oh. 43205**
*Server's address*

Additional information regarding attempted service, etc: