UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Carlo, | ) | CASE NO.: 1:18CV031 |
| | ) | |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | NOTICE OF CASE MANAGEMENT |
| | ) | CONFERENCE |
| Midwest Recovery Systems, LLC.,    et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

All counsel and parties will take notice that the above-entitled action has been set for a

Case Management Conference ("CMC") on  **March 7, 2018 at 8:45 a.m.**      before Judge Patricia

A. Gaughan.  United States District Court Local Rule Section 16 will apply to this case.  **The**

**conference will be held by telephone with the court initiating the call.**

The parties shall meet prior to the CMC to discuss the case and prepare the proposed

discovery plan pursuant to Fed. R. Civ. P. 26 (f).  The parties shall, within 10 days after the meeting,

provide the basic information to the other parties specified by Fed. R. Civ. P. 26 (a) (1) (initial

disclosures).  A Report of Parties' Planning Meeting (see attached form), shall be filed with the Court

at least three work days prior to the CMC.

Unless otherwise ordered by the Court, initial disclosures, discovery depositions,

interrogatories, requests for documents, request for admissions, and answers and responses thereto

shall not be filed with the Clerk's Office, except that discovery materials may be filed as evidence in

support of a motion or for use at trial.

It is the responsibility of counsel for the plaintiff (s) to verify that a copy of this Order has been received by counsel for defendant (s) or, if no counsel has entered an appearance for defendant (s), has been received by defendant(s).

During the course of litigation, any questions or concerns regarding any aspect of this case should be directed to (216) 357-7210.


IT IS SO ORDERED.


/s/Patricia A. Gaughan
PATRICIA  A. GAUGHAN
UNITED STATES DISTRICT COURT
CHIEF JUDGE

Date:  2/07/18

**ATTACHMENT 1**

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO

| | | |
|---|---|---|
| Christopher Carlo, | ) | CASE NO.: 1:18CV031 |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | REPORT OF PARTIES' PLANNING |
| Midwest Recovery Systems, LLC.,    et al., | ) | MEETING UNDER FED. R. CIV. |
| | ) | 26 (f) AND L.R.  16.3 (b) |
| | ) | |
| | ) | |
| Defendant (s). | ) | |

1.      Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on

_____, 201____, and was attended by:

_____ Counsel for plaintiff (s) _____

_____ Counsel for plaintiff (s) _____

_____ Counsel for defendant(s)_____

_____ Counsel for defendant(s) _____

2.      The parties:

_____   have exchanged the pre-discovery disclosures required by Rule 26 (a) (1)

_____   will exchange such disclosures by _____ , 200____

_____   have not been required to make initial disclosures.

3.      The parties recommend the following track:

_____   Expedited            _____   Standard            _____   Complex

_____   Administrative        _____   Mass Tort

4.      This case is automatically designated as suitable for Electronic Case Filing (ECF).  Is there any

reason that the designation should change to "not suitable for ECF"?  _____

_____

5.      Choose one of the following:

_____   This case **is** suitable **now** for **ADR** or _____   (insert an alternative ADR)**.**

or,

_____   Case **is not** suitable for ADR at this time.

or,

_____   Case **is not** suitable for ADR at any time.

6.      The parties _____ do/_____ do not consent to the jurisdiction of the United States

Magistrate Judge pursuant to 28 U.S. C.§ 636 (c).

7.      Federal jurisdiction is based upon _____

_____

8.      Recommended Discovery Plan:

        a)      Describe the claims & defenses on which discovery is to be sought and the nature

        and extent of discovery.

_____

_____

_____

        b)      Non-Expert discovery deadline: _____

c)      If applicable, set forth the issues that will be addressed by experts and provide

proposed deadlines: _____

_____

_____

_____

Expert report for the party with the burden of proof deadline: _____

Rebuttal expert report deadline: _____

Expert discovery cut-off deadline: _____

9       The pleadings shall be amended **without** leave of Court on or before: _____.

10.     Recommended dispositive motion date: _____.

11.     Recommended date for a Status Conference _____ or  Settlement Conference _____.

12.     Other matters for the attention of the Court:_____

_____

_____

_____

_____

Attorney for Plaintiff (s) _____

Attorney for Plaintiff (s)_____

Attorney for Plaintiff (s)_____

Attorney for Defendant(s)_____

Attorney for Defendant(s)_____

Attorney for Defendant(s)_____

Revised 2/06/18