# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| CHRISTOPHER CARLO | Case No. 1:18-cv-00031-PAG |
| Plaintiff, | |
| | JUDGE: PATRICIA A. GAUGHAN |
| v. | |
| MIDWEST RECOVERY SYSTEMS, LLC, *et al.*, | **STIPULATED DISMISSAL WITH PREJUDICE AGAINST DEFENDANT JTM CAPITAL MANAGEMENT, LLC** |
| Defendants. | |

So Ordered.
/s/ Patricia A. Gaughan
1/15/19

Plaintiff Christopher Carlo and Defendant JTM Capital Management, LLC hereby stipulate that Plaintiff's Claims against Defendant JTM Capital Management contained in Plaintiff's Amended Complaint (Doc. No. 18) are hereby dismissed with prejudice pursuant to Civ. R. 41(A)(ii). The parties shall bare their own costs.

Respectfully Submitted,

/s/ Brian D. Flick, Esq.
Brian D. Flick (0081605)
Marc E. Dann (0039425)
William E. Behrens (0093031)
DANNLAW
P.O. Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 – fax
notices@dannlaw.com
*Attorneys for Plaintiffs*

/s/Michael J. Palumbo, Esq.
Michael J. Palumbo, Esq. (0081718)
Anthony J. Gingo (0085669)
Gingo Palumbo Law Group LLC
Summit One
4700 Rockside Road, Suite 4400
Independence, OH 44131
216/503-9512
888/827-0855 - fax
michael@gplawllc.com
anthony@gplawllc.com
*Attorneys for Defendant JTM Capital Management, LLC*